```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
SHANNONJON C. BENTON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 08-313-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER TO |
| ) | VACATE COURT TRIAL AND TO SET |
| v. ) | HEARING ON MOTION TO SUPPRESS |
| ) | EVIDENCE AND BRIEFING SCHEDULE |
| SHANNONJON C. BENTON, ) | |
| ) | Judge: Hon. Gregory G. Hollows |
| Defendant. ) | Date:  October 22, 2008 |
| _____ ) | Time:  10:00 a.m. |

    The United States of America, through S. ROBERT TICE-RASKIN, Assistant United States Attorney, together with defendant, SHANNONJON C. BENTON, by counsel MICHAEL PETRIK, Jr., Office Of The Federal Defender, stipulate to vacate the court trial set for October 22, 2008, at 10:00 a.m., and set this case for hearing defendant's motion to suppress evidence on November 10, 2008, at 9:00 a.m.

    The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through November 10, 2008, for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code

STIPULATION AND PROPOSED ORDER    1    08-313-GGH

1 T4]. The parties further stipulate that the Court should exclude time
2 through November 10, 2008, for pretrial motions. 18 U.S.C. §
3 3161(h)(1)(F) [Local Code E].
4     The parties stipulate to the following briefing schedule:
5     Defendant's Motion due . . . . . . . . . . . . . . . October 13, 2008
6     Government's Response due . . . . . . . . . . . . October 27, 2008
7     Defendant's Reply due . . . . . . . . . . . . . . November 3, 2008
8     Motion Hearing . . . . . . . . . . November 10, 2008, at 9:00 a.m.
9     The parties agree that the Court may set the court trial following
10 the motion hearing.
11 Dated: September 30, 2008    Respectfully submitted,
12                                       DANIEL J. BRODERICK
                                      Federal Defender
13
                                      /s/ M.Petrik
14
                                      _____
                                      MICHAEL PETRIK, Jr.
15                                       Staff Attorney/Misdemeanor Unit
16 Dated: October 1, 2008            McGREGOR W. SCOTT
                                      United States Attorney
17
                                      /s/ S. Robert Tice-Raskin
18
                                      _____
                                      S. ROBERT TICE-RASKIN
19                                       Assistant U.S. Attorney
20                          **O R D E R**
21
22 IT IS SO ORDERED.
23
24 Dated: 10/03/08                   /s/ Gregory G. Hollows
                                      HON. GREGORY G. HOLLOWS
25                                       United States Magistrate Court
benton.ord
26
27
28    STIPULATION AND PROPOSED ORDER      2                       08-313-GGH