```
 1  MCGREGOR SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  RICHARD SHOEMAKER-MOYLE
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2807
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Mag. No. 08-313-GGH
                                 )
12          Plaintiff,           )  Stipulation and Order to
                                 )  Continue Briefing Schedule and
13     v.                        )  to Continue Hearing
                                 )
14  SHANNONJON C. BENTON,        )  Date: November 10, 2008
                                 )  Time: 9:00 a.m.
15          Defendant.           )  Judge: Hon. Gregory G. Hollows
```

17       It is hereby stipulated and agreed between the United States and
18  the defendant Shannonjon C. Benton, by and through her undersigned
19  counsel, that the Government's Opposition to Defendant's Motion to
20  Suppress Evidence that is currently due October 27, 2008, may be filed
21  instead by November 24, 2008, and that defendant's reply, if any, may
22  be filed on December 8, 2008, and the hearing may be continued from
23  November 10, 2008, to January 12, 2009, at 2:00 p.m.
24       The reason for the continuance is the need to further investigate
25  the events surrounding the citation involved in this case.  Further,
26  the supervising Assistant United States Attorney for this matter will
27  not be in the district for the first half of November.
28  ///

The parties agree that time may continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F), from the date the defense filed the motion, October 14, 2008, through the date of its resolution.

DATED: October  21 , 2008.         MCGREGOR SCOTT
                                   United States Attorney


                                   By: /s/ Richard Shoemaker-Moyle
                                   RICHARD SHOEMAKER-MOYLE
                                   Certified Law Clerk

                                   /s/ S. Robert Tice-Raskin
                                   S. ROBERT TICE-RASKIN
                                   Assistant U.S. Attorney
                                   [Read and Approved per L.R. 83-141]

DATED: October  21 , 2008.         DANIEL J. BRODERICK
                                   Federal Defender


                                   By: /s/ Michael Petrik, Jr.
                                   MICHAEL PETRIK, JR.
                                   Staff Attorney/Misdemeanor Unit
                                   Attorney for Defendant


ORDER

IT IS SO ORDERED.

DATED: 10/23/08                    /s/ Gregory G. Hollows
                                   _____
                                   HON. GREGORY G. HOLLOWS
                                   United States Magistrate Judge

benton.eot