1  DANIEL BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Staff Attorney/Misdemeanor Unit
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   SHANNONJON BENTON
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 08-mj-313-GGH
                                    )
11              Plaintiff,          ) STIPULATION AND ORDER TO CONTINUE
                                    ) COURT TRIAL
12      v.                          )
                                    ) Date:  April 22, 2009
13 SHANNONJON BENTON,               ) Time:  9:00 a.m.
                                    ) Judge: Hon. Gregory G. Hollows
14              Defendant.          )
   _____  )
15

16

17      The United States, through counsel, Matthew C. Stegman, Assistant

18 United States Attorney, and Michael Petrik, Jr., attorney for

19 Shannonjon Benton, stipulate and request that the Court vacate the

20 bench trial set for April 22, 2009, at 9:00 a.m., and reset it on June

21 24, 2009, at 9:00 a.m.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27

28 Stipulation And [Proposed Order]      1                    08-mj-313-GGH

This continuance will allow the defense to consider a plea offer recently proposed by the government.

Dated: April 20, 2009  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, JR.
Staff Attorney/Misdemeanor Unit


Dated: April 20, 2009  LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Stegman
_____
MATTHEW C. STEGMAN
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: April 22, 2009

  /s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Court

benton1313.eot