```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  SHANNONJON C. BENTON
```

               UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-337 WBS |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE OF DEFENDANT'S REPLY BRIEF TO NOVEMBER 9, 2009 |
| v. | ) | |
| SHANNONJON C. BENTON, | ) | |
| Defendant. | ) | Judge: Hon. William B. Shubb |

The parties stipulate, through respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Ms. Benton, that the defendant may file her reply brief on November 9, 2009.

Dated: October 21, 2009          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Defendant

Defendant's Stip/Order Reply Brief        1                    09-337 WBS

```
Dated: October 21, 2009            LAWRENCE G. BROWN
                                   United States Attorney

                                   /s/ M.Petrik for
                                   _____
                                   MATTHEW C. STEGMAN
                                   Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

DATED: October 22, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE