```
 1  Benjamin B. Wagner
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  NATHANIEL CLARK
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-09-337-WBS-GGH |
|---|---|---|
| Plaintiff, | ) ) | ORDER AUTHORIZING CERTIFIED LAW STUDENT TO APPEAR AND ARGUE ON |
| vs. | ) ) | BEHALF OF THE GOVERNMENT |
| SHANNONJON BENTON, | ) ) | DATE:  November 16, 2009<br>TIME:  9:00 a.m. |
| Defendant. | ) ) | JUDGE: Hon. William B. Shubb |

Under Local Rule 83-181, the government's request for permission for NATHANIEL CLARK, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf of the government is granted.

IT IS SO ORDERED.

DATED: November 12, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE